

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00356-CV

**MICHELIN NORTH AMERICA, INC.**,
Appellant

v.

Roberto **GARZA** and Lizeth Garza,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-448
Honorable John Longoria, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Michelin North America, Inc.

SIGNED August 22, 2018.

_____
Karen Angelini, Justice